# Exhibit 3

# FEDERMAN & SHERWOOD
(An Association of Attorneys and Professional Corporations)

| | |
|---|---|
| 10205 N. PENNSYLVANIA AVENUE<br>OKLAHOMA CITY, OKLAHOMA 73120<br>TELEPHONE: 405-235-1560<br>FACSIMILE: 405-239-2112 | 4131 NORTH CENTRAL EXPRESSWAY, STE. 900<br>DALLAS, TEXAS 75204<br>TELEPHONE: 214-696-1100<br>FACSIMILE: 214-740-0112 |

## **FIRM RESUME**

**WILLIAM B. FEDERMAN.** *Education*: Boston University (B.A., cum laude, 1979); University of Tulsa (J.D., 1982); Phi Alpha Delta (Treasurer, 1980-1982). *Admitted to practice*: United States District Courts for the following Districts: Western, Northern and Eastern, Oklahoma; Eastern, Northern, Southern, and Western, New York; Southern, Northern, Eastern and Western, Texas; Eastern and Western, Arkansas; District of Columbia; District of Colorado; Central and Northern Districts of Illinois; Northern District of Ohio; District of Nebraska; Eastern and Western Districts of Michigan; Eastern District of Wisconsin; United States Court of Appeals for the following Circuits: First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth and Eleventh and Federal; and United States Supreme Court. *Lectures/Publications*: "Class Actions, New Rules and Data Breach Cases," 40th Annual OCBA Winter Seminar 2019; "A Case Study of Ethical Issues in Complex Litigation and Trends in Class Certification," 39th Annual OCBA Winter Seminar, 2018; "Talkin' About Insurance Coverage and Complex Litigation: What Every Lawyer and Client Should Know," 38th Annual OCBA Winter Seminar, 2017; "*Securities Litigation: Using Data to Make the Case,*" by Bloomberg BNA, 2016; "*The Changing Landscape for Prosecution of Financial Claims Involving Insolvent Companies*" 37th Annual OCBA Winter Seminar, 2016; "*Current Status of Securities Class Actions: Where are the Courts Taking Us?*" Houston Bar Association, 2014. "*Class & Derivative Actions and Securities Litigation,*" 2013 Annual Meeting of the American Bar Association; "*Litigation and Employment Law Update,*" Securities Industry Association Compliance and Legal Division; "*Inside a Disclosure Crisis*", 30th Annual Northwest Securities Institute Annual Meeting and sponsored by the Washington Bar Association; "*Managing Directors' Liability,*" 3rd Annual Energy Industry Directors Conference and sponsored by Rice University; "*Executive Liability - 2009 D & O Market Trends,*" Chartis Insurance; "*Derivative Actions and Protecting the Corporation – Critical Issues in Today's Banking,*" Oklahoma Bar Association and the Oklahoma Bankers Association; "*Arbitration - What Is It? Why Should a Lawyer Suggest or Use It?,*" Oklahoma Bar Association; "*The Attorney and Accountant as Targets in Failed Financial Institution Litigation,*" American Bar Association Trial Practice Committee; "*Effective Arbitration in the 1990's - Adapting to Build a Successful Practice,*" Oklahoma County Bar Association; "*Current Issues in Direct Investments and Limited Partnerships: The Litigation Scene From All Perspectives,*" American Bar Association Litigation Section; "*Stockbroker Litigation and Arbitration,*" Securities Arbitration Institute. Author: "*Who's Minding the Store: The Corporate Attorney-Client Privilege,*" 52 O.B.J. 1244, 1981; "*Potential Liability From Indirect Remuneration in Private Oil and Gas Offerings,*" 11 Sec. Reg. L.J. 135, 1983; "*Capitalism and Reality Meet in the Courts. . . Finally,*" 59 O.B.J. 3537, 1987; "*Class Actions, New Rules & Data Breach Cases,*" Annual OCBA Winter Seminar, 2019. *Membership*: Arbitration Panel, New York Stock Exchange; Federal Bar Association; Oklahoma County Bar Association (Committee on Professionalism, 1987-1990); Oklahoma Bar Association (Civil Procedure/Evidence Code, Lawyers Helping Lawyers Assistance Program and Rules of Professional Conduct Committees, 2017-2020); American Bar Association (Committee on Securities Litigation and Corporate Counsel); American Inns of Court (Barrister 1990-1993 and Master 2002-2004); inducted into the Outstanding Lawyers of America, 2003; received the Martindale-Hubbell peer review rating of AV Preeminent in both ethical standards and legal ability; recognized as one of the "Top Lawyers of 2013" for excellence and achievements in the legal community; Litigation Counsel of America (Trial Lawyer & Appellate Lawyer Honorary Society). *Awards/Honors*: Securities Litigation and Arbitration Law Firm of the Year in Oklahoma – 2018 (Global Law Experts Annual Awards); Securities Litigation and Arbitration Law Firm of the Year in Oklahoma – 2019, 2020 (Corporate INTL Magazine); Oklahoma Super Lawyers list by Thomson Reuters – 2019;

Recognized for Exceptional Service and Outstanding Performance on behalf of the Federal Bar Association (Oklahoma City Chapter) Pro Bono Program – 2018-2019, 2020, Oklahoma Super Lawyer for 2022.

**STUART W. EMMONS. (In Memoriam)** *Education*: University of Oklahoma (J.D., 1987, with distinction); University of Oklahoma (B.B.A., Accounting, 1984, with distinction). *Admitted to practice*: 1987, Oklahoma; 1987, U.S. District Court for the Western District of Oklahoma; 1990, U.S. District Court for the Northern District of Oklahoma; 1992, U.S. Court of Appeals, Tenth Circuit; 1994, U.S. Court of Appeals, Eighth Circuit; U.S. Patent and Trademark Office; 2002, U.S. District Court for the District of Colorado; U.S. District Court for the Southern District of Texas; 2003, U.S. Court of Appeals, Second Circuit; 2004, U.S. District Court for the Northern District of Texas; U.S. Court of Appeals, Fifth Circuit; 2005, United States Supreme Court; 2005 U.S. Court of Appeals, Fourth Circuit; 2015, U.S. Court of Appeals, First Circuit; 2016, U.S. Court of Appeals, Ninth Circuit and U.S. Court of Appeals for the First Circuit.  1988-1989, Law Clerk to the Hon. Layn R. Phillips, U.S. District Court for the Western District of Oklahoma.  *Published Decisions*:  *American Fidelity Assurance Company v. The Bank of New York Mellon,* 810 F.3d 1234 (10th Cir. 2016); *Paul Spitzberg v. Houston American Energy Corporation, et al.*, 758 F.3d 676 (5th Cir. 2014); *Patipan Nakkhumpun v. Daniel J. Taylor, et al.,* 782 F.3d 1142 (10th Cir. 2015); *Membership*: Oklahoma County and Oklahoma Bar Associations.

**SARA E. COLLIER.** *Education*:  Oklahoma Christian University (B.S. 2000); Oklahoma City University School of Law (J.D., 2004). *Admitted to practice*: Oklahoma, 2005; U.S. District Courts for the Western, Eastern and Northern Districts of Oklahoma, 2007; U.S. District Court for the Southern District of Texas, 2007, United States Court of Appeals for Veterans Claims in Washington, DC. *Membership*:  Oklahoma Bar Association, American Bar Association. Ms. Collier focuses her practice on shareholder rights and shareholder derivative actions in state and federal courts.

**KENNEDY M. BRIAN**. *Education:* University of Central Oklahoma (B.M. in Musical Theater, 2018, cum laude; Minor in Real Estate Finance), University of Oklahoma (J.D., 2021; Dean's Honor Roll; Academic Achievement Award, Trial Techniques; 1L Moot Court Competition Distinguished Speaker Award; American Indian Law Review). *Admitted to practice:* Oklahoma 2021; U.S. District Court for the Eastern District of Oklahoma, 2022; U.S. District Court for the Western District of Oklahoma, 2022; U.S. District Court for the Northern District of Oklahoma, 2023; U.S. District Court for the Northern District of Texas, 2024; U.S. District Court for the Southern District of Texas, 2024; U.S. District Court for the Eastern District of Texas, 2024. *Membership:* Oklahoma Bar Association; Federal Bar Association; Junior League of Oklahoma City; Oklahoma County Bar Association. Ms. Brian focuses her practice on complex class action litigation, including consumer and data breach cases in state and federal courts across the nation.

**JESSICA A. WILKES.** *Education:* Oklahoma State University (B.S. in Finance, Economics, and Economics, with honors, 2018, magna cum laude), Baylor University School of Law (J.D. 2021, cum laude; Dean's Academic Excellence Full-Tuition Scholarship; Baylor Law Review, Technical Editor & Alumni Relations Coordinator; Research Assistant for Dean and Professors; Baylor Barrister Society; Mock Trial Team; Baylor Public Interest Society; Student Bar Association). *Admitted to practice:* Oklahoma 2021; U.S. District Court for the Eastern District of Oklahoma, 2021; U.S. District Court for the Western District of Oklahoma, 2021; U.S. District Court for the Northern District of Oklahoma, 2021; 10th Circuit Court of Appeals, 2021; U.S. District Court for the District of Colorado, 2024; U.S. District Court for the Northern District of Texas, 2024; U.S. District Court for the Southern District of Texas, 2024; U.S. District Court for the Eastern District of Texas, 2024; the Western District of Texas, 2024. *Membership:* Oklahoma Bar Association; Friends of Trivera; Junior League of Oklahoma City. Ms. Wilkes focuses her practice on complex class action litigation, including consumer, data breach, and securities cases in state and federal courts across the nation. Ms. Wilkes has experience in and engages

in trial and appellate work. Prior to joining Federman & Sherwood, Ms. Wilkes actively practiced in litigation for the Oklahoma Attorney General's Office.

**TANNER R. HILTON.** *Education:* Texas A&M University (B.S. in Political Science, 2019); Oklahoma City University School of Law (J.D., 2022; Dean's List Spring of 2021; Order of the Barristers; Native American Law Student Association Moot Court Team, 2020-2022; CALI Award for Secured Transactions (2021)). Mr. Hilton graduated from Oklahoma City University School of Law in May of 2022. *Admitted to practice:* Oklahoma 2023; U.S. District Court for the Western District of Oklahoma, 2024; U.S. District Court for the Eastern District of Oklahoma, 2024; U.S. District Court for the Northern District of Oklahoma, 2024; U.S. District Court for the Eastern District of Texas, 2024; U.S. District Court for the Southern District of Texas, 2024; U.S. District Court for the Northern District of Texas, 2024; U.S. District Court for the Western District of Texas, 2024; U.S. District Court for the Northern District of New York, 2024. *Membership:* Oklahoma Bar Association, Federal Bar Association, and Order of the Barristers. Mr. Hilton's primary focus is in complex and class action litigation, including federal securities class actions, data breaches, and consumer class actions.

**ALEX J. EPHRAIM.** *Education:* University of Colorado – Denver (B.A. Political Science – Public Policy Analysis, 2018, summa cum laude, honor society, dean's list); University of Missouri – Kansas City School of Law (J.D. 2021; Second Century scholarship recipient, mock trial team, dean's list). *Admitted to practice:* Oklahoma, 2022; U.S. District Court for the Eastern District of Oklahoma, 2022; U.S. District Court for the Western District of Oklahoma, 2022; U.S. District Court for the Northern District of Oklahoma, 2022; U.S. District Court for the Southern District of New York, 2024; U.S. District Court for the Southern District of Texas, 2024; U.S. District Court for the Eastern District of Texas, 2024. *Membership:* Oklahoma Bar Association, Oklahoma County Bar Association, Federal Bar Association. Mr. Ephraim focuses his practice on complex class action litigation, including securities class actions, data breach, and consumer class actions.

**JONATHAN J. HERRERA.** *Education:* Austin College (B.A. in Business and Spanish, 2010, with Honors), University of Oklahoma College of Law (J.D., 2018, with Honors; Dean's Honor Roll, Order of the Solicitors, Hispanic National Bar Association President, 3L Service Award, Moot Court Competition Team Captain, Top Speaker Award). *Admitted to practice:* Oklahoma 2018. *Membership:* Oklahoma Bar Association; Oklahoma County Bar Association; Hispanic National Bar Association; OBA Law School Committee; OBA Awards Committee. Mr. Herrera is a transactional attorney whose multi-faceted practice encompasses a broad range of business litigation and disputes, including data breach and consumer class actions. He represents clients in complex business and commercial disputes in state and federal courts and administrative proceedings. Prior to joining Federman & Sherwood, Mr. Herrera practiced Criminal Defense in Oklahoma for over 5 years achieving successful outcomes for clients throughout Oklahoma.

*OF COUNSEL:*

**JOHN CHARLES SHERWOOD. (In Memoriam)** *Education:* Texas Christian University, (BBA, magna cum laude, 1981); Baylor School of Law (J.D., 1984). *Areas of Practice:* Litigation. *Board Certified:* Civil Trial Law, Personal Injury Trial Law, Texas Board of Legal Specialization. *Organizations:* Texas Trial Lawyers, Association of Trial Lawyers of America, Dallas Trial Lawyers Association, Dallas Bar Association, Former Chairperson of the Solo and Small Firm Section of the Dallas Bar Association (1999), Member of the College of the State Bar of Texas and founding President of Citizens For a Fair Judiciary (Political Action Committee). *Licenses and Courts of Practice:* Member of the State Bar of Texas, National Board of Trial Advocacy, Licensed as a Certified Public Accountant by the Texas State Board of Public Accountancy, admitted to practice before the United States Tax Court, United States District Court, Northern District of Texas, United States Fifth Circuit Court of Appeals, and the United

States Supreme Court. *Papers Presented*: *Other People's Money,* Presented to the Dallas Bar Association, Solo and Small Firm Section; *Recognition*: "Top Attorneys in Texas, Business Litigation," (2012).

**JOSHUA D. WELLS.** *Education*: Oklahoma Baptist University (B.A. 2004); Oklahoma City University College of Law (J.D. 2008) (Dean's List, Faculty Honor Roll, OCU American Trial Lawyers Association Moot Court Team, 2008; Staff Member, Law Review, 2006-07; Executive Editor, Law Review, 2007-08). *Admitted to practice*: Oklahoma, 2008; U. S. District Court for the Western District of Oklahoma; 2009, U.S. District Court for the Eastern District of Oklahoma; 2011, U.S. District Court for the Northern District of Oklahoma; 2012, U.S. Court of Appeals for the Tenth Circuit; 2016, U.S. Court of Appeals, Fourth Circuit. *Membership*: Oklahoma Bar Association; Federal Bar Association; American Bar Association. *Publication*: *Stuck in the Mire: The Incomprehensible Labor Law,* 34 Okla. City U.L. Rev. 131 (2009). *Experience*: Research Assistant to J. William Conger, General Counsel and Distinguished Lecturer of Law, Oklahoma City University and President of the Oklahoma Bar Association (2007-08). General Counsel for Reaching Souls International (2013-2016). Mr. Wells has significant experience in complex and class action litigation in various state and federal courts, with more than a decade of experience protecting consumer and shareholder rights. Mr. Wells knows how to efficiently prosecute complex cases to conclusion and practices in areas of estate planning, probate, and guardianships for both children and adults. He is the recipient of the Federal Bar Association Pro Bono Exceptional Service Award (2019) and is a leader in his church.

*PARALEGALS:*

**JANE E. ADAMS.** Mrs. Adams has over 25 years of Administrative and Finance experience focusing her career on Human Resources. Additionally, she has first-hand experience with FEMA response as well as government contractual administration.

**TIFFANY R. PEINTNER.** Mrs. Peintner has worked in the legal community for over fifteen years. Before joining Federman & Sherwood, Mrs. Peintner worked in patent law, oil and gas, probate, banking and real estate, family law, personal injury and insurance defense. She works in securities and civil litigation for the firm.

**TASHIA D. POORE.** Ms. Poore has worked in the legal community for over fifteen years. Before joining Federman & Sherwood, Ms. Poore worked in complex civil litigation, real estate and transactions, oil & gas, trusts and estate planning, banking and construction law. She works in the areas of data breach, shareholder derivative litigation, securities and complex litigation for the firm.

**FRANDELIND V. TRAYLOR.** Mrs. Traylor has worked in the legal community for over fifteen years. She provides class action, securities and derivative litigation, and product liability support for the firm.

**SELECT CASES WHERE FEDERMAN & SHERWOOD HAS SERVED AS LEAD OR CO-LEAD COUNSEL**

| CONSUMER CLASS ACTIONS | COURT |
|---|---|
| ABC Legal Services, LLC (Data Breach) | USDC Western District of Washington |
| Accreditation Commission for Education in Nursing (Data Breach) | USDC Northern District of Georgia |
| Albany ENT & Allergy (Data Breach) | Supreme Courts of the State of New York, Albany County |
| Altice USA, Inc. (Data Breach) | USDC Southern District of New York |
| American Water Works Company, Inc. (Data Breach) | USDC District of New Jersey |
| Arden Claims Service LLC (Data Breach) | Supreme Court of the State of New York |
| Artech, LLC (Data Breach) | USDC Northern District of California |
| AssistRx, et al (Data Breach) | USDC Middle District of Florida |
| AT&T Services Inc | USDC Northern District of Texas |
| Autobell Car Wash, LLC (Data Breach) | USDC Western District of North Carolina |
| Avem Health Partners, Inc. (Data Breach) | USDC Western District of Oklahoma |
| BHI Energy Services (Data Breach) | USDC District of Massachusetts |
| Brinker International, Inc. (Chili's) (Data Breach) | USDC Middle District of Florida |
| Bryan Cave Leighton Paisner LLP (Data Breach) | USDC Northern District of Illinois |
| Burgerville, LLC (Data Breach) | Circuit Court, State of Oregon, Multnomah County |
| Carruth Compliance Consulting, Inc. (Data Breach) | USDC District of Oregon, Pendleton Division |
| Carvin Wilson Software, LLC (Data Breach) | USDC District of Arizona |
| CentralSquare Technologies LLC (Data Breach) | USDC Southern District of Florida |
| Christie Business Holdings Company PC (Data Breach) | USDC Central District of Illinois |
| Colorado Dept. of Health Care Policy & Financing/IBM (Data Breach) | District Court, City and County of Denver, State of Colorado |
| Dakota Growers Pasta Company, Inc. (Food Mislabeling) | USDC District of Minnesota/District of New Jersey |
| Dell, Inc. (Data Breach) | USDC Western District of Texas |
| Eisner Advisory Group, LLC (Data Breach) | USDC Southern District of New York |
| Express Services, Inc. (Data Breach) | USDC Western District of Oklahoma |
| Farmers Union Hospital Association d/b/a Great Plains Regional Medical Center (Data Breach) | USDC Western District of Oklahoma |
| Filters Fast, LLC (Data Breach) | USDC Western District of Wisconsin |
| Golden Corral Corporation (Data Breach) (PSC) | USDC Eastern District of North Carolina |
| Great Plains Regional Medical Center (Data Breach) | USDC Western District of Oklahoma |
| Hy-Vee, Inc. (Data Breach) | USDC Central District of Illinois |
| Integris (Data Breach) (Co-Lead) | District Court of Oklahoma County State of Oklahoma |
| Intellihartx (Data Breach) (Executive Lead Counsel) | USDC Northern District of Ohio |
| Johns Hopkins Health System & Johns Hopkins University (Data Breach) | Circuit Court of Maryland for Baltimore City |
| Lansing Community College (Data Breach) (PSC) | USDC Western District of Michigan |
| LeafFilterNorth, LLC/LeafFilter North of Texas, LLC (Data Breach) | USDC Western District of Texas |
| Lime Crime, Inc. (Data Breach) | USDC Central District of California |
| Mason Construction, LLC (Data Breach) | District Court of Texas, Jefferson County |
| McMurry University, LLC (Data Breach) | District Court of Texas, Taylor County |
| Medical Review Institute of America, LLC (Data Breach) | USDC District of Utah |
| Mednax Services, Inc. (Data Breach) | USDC Southern District of Florida |
| MedQ, Inc. (Data Breach) | USDC Eastern District of Texas |
| Mercer University (Data Breach) | USDC Middle District of Georgia |
| MidFirst Bank and Midland Financial Co. (Data Breach) | USDC Western District of Oklahoma |
| Morris Hospital (Data Breach) | Circuit Court of the Thirteenth Judicial Circuit Grundy, County, Illinois |
| Infosys McCamish Systems, LLC (Data Breach) (Plaintiffs' Executive Committee) | USDC Northern District of Georgia |
| In re: Navvis & Company, LLC Data Breach Litigation (Data Breach) | USDC Eastern District of Missouri |
| Oklahoma Spine Hospital LLC | District Court of Oklahoma County, State of Oklahoma |
| OneTouchPoint (Data Breach) (PSC) | USDC Eastern District of Wisconsin |
| In Re: Orrick, Herrington & Sutcliffe Data Breach Litigation (Data Breach) (Interim Lead Counsel) | USDC Northern District of California |
| Panera, LLC (Data Breach) | USDC Eastern District of Missouri, Eastern Division |
| Peachtree Orthopaedic Clinic, P.A. (Data Breach) | Superior Court of Forsyth County, State of Georgia |
| Peco Foods, Inc. (Data Breach) (Plaintiffs' Executive Committee) | USDC Northern District of Alabama |
| Performance Health Technology Inc. | Circuit Court of the State of Oregon |
| Physician's Business Office, Inc. (Data Breach) | Circuit Court of Wood County, West Virginia |
| PracticeMax (Data Breach) | USDC District of Arizona |
| Prentke Romich Company (Data Breach) | USDC Northern District of Ohio |
| Progressive Casualty Insurance (Data Breach) | USDC Northern District of Ohio |
| In re: QTC Commercial Services, LLC d/b/a IMX Medical Management Services, LLP (Data Breach) | USDC Eastern District of Pennsylvania |
| Sabre GLBL, Inc. (Data Breach) | USDC Northern District of Texas |
| Seven Counties Services, Inc. (Data Breach) | Commonwealth of Kentucky, Jefferson Circuit Court |

**SELECT CASES WHERE FEDERMAN & SHERWOOD HAS SERVED AS LEAD OR CO-LEAD COUNSEL**

| | |
|---|---|
| Skidmore College (Data Breach) | USDC Northern District of New York |
| Smile Brands (Data Breach) | USDC Central District of California |
| Snap Finance (Data Breach) | USDC District of Utah |
| Solara Medical Supplies, LLC (Data Breach) | USDC Southern District of California |
| Sysco Corporation (Data Breach) (PSC) | USDC Southern District of Texas |
| TD Ameritrade, Inc. (Data Breach) | USDC District of Nebraska |
| TMX Finance Corporation Services, Inc. (Data Breach) (PSC) | USDC Southern District of Georgia |
| Varsity Brands (Data Breach) | USDC Northern District of Texas, Dallas Division |
| Verisource Services, Inc. (Data Breach) | USDC Southern District of Texas |
| Wichita State University (Data Breach) | USDC District of Kansas |
| Yuma Regional Medical Center (Data Breach) | USDC District of Arizona |
| Zeroed-In Technologies, LLC (Data Breach) (Executive Committee) | USDC Middle District of Florida |
| **SHAREHOLDER DERIVATIVE CASES** | |
| Abercrombie & Fitch Company | USDC Southern District of Ohio |
| American Superconductor Corporation | Superior Court, Commonwealth of Massachusetts |
| Antares Pharma, Inc. | USDC District of New Jersey |
| In Re: Archer-Daniels-Midland Company Derivative Litigation | USDC District of Delaware |
| Arrowhead Research Corporation | Superior Court, State of California, County of Los Angeles |
| Carrier Access Corporation | USDC District of Colorado |
| Catalina Marketing Corporation | Chancery Court of the State of Delaware |
| Cell Therapeutics, Inc. | USDC Western District of Washington |
| Computer Associates | USDC Eastern District of New York |
| Delcath Systems, Inc. | USDC Southern District of New York |
| Dendreon Corporation | USDC Western District of Washington |
| Digital Turbine, Inc. | USDC Western District of Texas |
| Doral Financial Corporation | USDC Southern District of New York |
| Dynavax Technologies Corporation | Superior Court of the State of California; county of Alameda |
| First Bancorp | USDC District of Puerto Rico |
| Flowers Foods, Inc. | USDC Middle District of Georgia |
| Genta, Inc. | USDC District of New Jersey |
| GMX Resources, Inc. | District Court of Oklahoma County, Oklahoma |
| Great Lakes Dredge & Dock Corporation | Circuit Court of Illinois, Dupage County Chancery Division |
| Host America Corporation | USDC District of Connecticut |
| Motricity Inc. | USDC Western District of Washington |
| NutraCea | Superior Court of Maricopa County, Arizona |
| Nuverra Environmental Solutions, Inc. | Superior Court of Maricopa County, Arizona |
| Nyfix, Inc. | USDC District of Connecticut |
| OCA, Inc. | USDC Eastern District of Louisiana |
| ONEOK, Inc. | District Court of Tulsa County, Oklahoma |
| PainCareHoldings, Inc. | USDC Middle District of Florida |
| Seitel, Inc. | USDC Southern District of Texas |
| Southwest Airlines | USDC Northern District of Texas |
| Spectrum Pharmaceuticals, Inc. | USDC District of Nevada |
| Super Micro Computer, Inc. | USDC Northern District of California |
| The Spectranetics Corporation | USDC District of Colorado |
| ValueClick, Inc. | USDC Central District of California |
| Zix Corporation | USDC Northern District of Texas |
| **SECURITIES CLASS ACTIONS** | |
| Automatic Data Processing, Inc. (ADP) | USDC District of New Jersey |
| Amyris, Inc. | USDC, Northern District of California |
| Bellicum Pharmaceuticals, Inc. | USDC Southern District of Texas |
| Broadwind Energy, Inc. | USDC Northern District of Illinois |
| China Valves Technology, Inc. | USDC Southern District of New York |
| Cryo-Cell International, Inc. | USDC Middle District of Florida |
| Delta Petroleum, Inc. | USDC District of Colorado |
| Direxion Shares ETF Trust | USDC Southern District of New York |
| Ener1, Inc. | USDC Southern District of New York |
| Exide Technologies | USDC Central District of California |
| Galena Biopharma, Inc. | USDC District of New Jersey |
| Houston American Energy Corp. | USDC Southern District of Texas |
| Image Innovations Holdings, Inc. | USDC Southern District of New York |
| IZEA, Inc. | USDC Central District of California |
| Motive, Inc. | USDC Western District of Texas |

**SELECT CASES WHERE FEDERMAN & SHERWOOD HAS SERVED AS LEAD OR CO-LEAD COUNSEL**

| | |
|---|---|
| Quest Energy Partners LP | USDC Western District of Oklahoma |
| Secure Computing Corporation | USDC Northern District of California |
| Superconductor Technologies, Inc. | USDC Central District of California |
| UTi Worldwide, Inc. | USDC Central District of California |
| Unistar Financial Service Corp. | USDC Northern District of Texas |
| **MDL PROCEEDINGS** | |
| In re: Farmers Insurance Co. (Co-Lead and Liaison Counsel) | USDC Western District of Oklahoma |
| In re: Fortra File Transfer (Sub-Group Lead Counsel for Intellihartx) | USDC Southern District of Florida |
| In re: Home Depot, Inc. (Executive Committee) | USDC Northern District of Georgia |
| In re: Mednax Services Inc. (Data Breach – Co-Lead Counsel) | USDC Southern District of Florida |
| In re: Premera Blue Cross (Data Breach–Participating Counsel) | USDC District of Oregon |
| In re: Samsung Electronics America, Inc. (Co-Lead Counsel) | USDC Western District of Oklahoma |
| In re: The Sonic Corp. (Lead Counsel) | USDC Northern District of Ohio |
| **DEAL CASES (MERGERS)** | |
| Easylink Services International Corp. | Superior Court of Gwinnett County, Georgia |
| Genon Energy, Inc. | Chancery Court of the State of Delaware |
| Lawson Software, Inc. | Chancery Court of the State of Delaware |
| Network Engines, Inc. | Chancery Court of the State of Delaware |
| Paetec Holding Corp. Shareholder Litig. | Chancery Court of the State of Delaware |
| Williams Pipeline Partners, L.P. | District Court of Tulsa County, Oklahoma |
| Xeta Technologies, Inc. | District Court of Tulsa County, Oklahoma |