IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHRISTOPHER AMRINE, individually and on behalf of all others similarly situated,  *

**Plaintiff,**

*

v.                                        Case No. 8:25-cv-01377-PX

J. J. F. MANAGEMENT SERVICES, INC. d/b/a FITZGERALD AUTO MALLS  *

**Defendant.**  *

### ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the Plaintiff(s)

I certify that I am admitted to practice in this Court.

5/7/2025
Date

/s/ Jason S. Rathod
Signature

Jason S. Rathod #18424
Printed name and bar number

Migliaccio & Rathod LLP
412 H St. NE, Ste 302
Washington, DC 20002
Address

jrathod@classlawdc.com
Email address

(202) 470-3520
Telephone number

(202) 800- 2730
Fax number