## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CHRISTOPHER AMRINE, individually and
on behalf of all others similarly situated,   *

                                              *

v.                                              Case No.  8:25-cv-01377-PX

J. J. F. MANAGEMENT SERVICES, INC.            *
d/b/a FITZGERALD AUTO MALLS
                                              *

## RETURN OF SERVICE

I served the following documents (check all that apply):

[X] summons

[X] complaint and any attachments

[ ] subpoena

[ ] other - describe: _____

By (check method of service):

[ ] Personal - place served: _____

[X] Certified mail, restricted delivery - attach green card

[ ] Left copies at subject's dwelling house or usual place of abode with person of suitable age and discretion residing therein

[ ] Other - describe: _____

On (name of person or entity served): J.J.F. Management Services, Inc. d/b/a Fitzgerald Auto Malls

Date of service: 05/05/2025

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

05/13/2025
Date

/s/ Janki Bhatt
Signature of Process Server

Janki Bhatt
Printed Name of Process Server

412 H St. NE Ste 302, Washington DC 20002
Address of Process Server

(202) 788-6064
Telephone Number of Process Server

ReturnofService (06/2016)