May 13, 2025

Dear Janki Bhatt:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 4298 0417 6624 89**.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | May 5, 2025, 12:47 pm |
| Location: | ROCKVILLE, MD 20852 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Recipient Name: | J J F  MANAGEMENT SERVICES  INC  d b a Fitzgeral |

| Shipment Details | |
|---|---|
| Weight: | 4.4oz |

**Recipient Signature**

Signature of Recipient: *[handwritten signature] Tam. K.*

Address of Recipient: 11411 ROCKVILLE PIKE, ROCKVILLE, MD 20852

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004