**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| CHRISTOPHER AMRINE, *individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> J.J.F. MANAGEMENT SERVICES, INC. d/b/a FITZGERALD AUTO MALLS, <br><br> Defendant. | Case No.: 8:25-cv-1377-PX |
| ALEX NORWOOD, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> J.J.F. MANAGEMENT SERVICES, INC. d/b/a FITZGERALD AUTO MALLS, <br><br> Defendant. | Case No. 8:25-cv-1399-PX |
| KIPEN HENRY, *on behalf of himself and on behalf of all other similarly situated individuals*, <br><br> Plaintiff, <br><br> v. <br><br> J.J.F. MANAGEMENT SERVICES, INC. d/b/a FITZGERALD AUTO MALLS, <br><br> Defendant. | Case No. 8:25-cv-1448 |

| | |
|---|---|
| KELLY FROLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>J.J.F. MANAGEMENT SERVICES, INC. d/b/a FITZGERALD AUTO MALLS,<br><br>Defendant. | Case No.: 8:25-cv-01474 |

## NOTICE OF APPEARANCE

To the Clerk of the Court:

Kindly enter the appearance of Jessica P. Butkera and Cipriani & Werner, P.C. as counsel for Defendant J.J.F. Management Services, Inc. d/b/a Fitzgerald Auto Malls in the above-captioned matter.

Date: May 29, 2025

                                      Respectfully Submitted,

                                      */s/ Jessica P. Butkera*
                                      Jessica P. Butkera (Bar# 29875)
                                      Cipriani & Werner P.C.
                                      6411 Ivy Ln., Suite 600
                                      Greenbelt, MD 20770 jbutkera@c-wlaw.com Phone: (410) 420-0070
                                      *Attorneys for Defendant,*
                                      *J.J.F. Management Services, Inc. d/b/a*
                                      *Fitzgerald Auto Malls*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 29, 2025, I caused a copy of the foregoing Defendant's Notice of Appearance to be served by electronic submission via CM/ECF, in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Maryland, to all counsel of record.

/s/ *Jessica P. Butkera*
Jessica P. Butkera (Bar# 29875)