UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER AMRINE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>J.J.F. MANAGEMENT SERVICES, INC. d/b/a FITZGERALD AUTO MALLS,<br><br>Defendant. | Case No.: 8:25-cv-1377-PX |
| ALEX NORWOOD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>J.J.F. MANAGEMENT SERVICES, INC. d/b/a FITZGERALD AUTO MALLS,<br><br>Defendant. | Case No. 8:25-cv-1399-PX |
| KIPEN HENRY, on behalf of himself and on behalf of all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>J.J.F. MANAGEMENT SERVICES, INC. d/b/a FITZGERALD AUTO MALLS,<br><br>Defendant. | Case No. 8:25-cv-1448-PX |

1

| | |
|---|---|
| KELLY FROLO, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>J.J.F. MANAGEMENT SERVICES, INC. d/b/a FITZGERALD AUTO MALLS,<br><br>        Defendant. | Case No. 8:25-cv-1474-PX |
| PHILLIP LAMB, on behalf of himself and on behalf of all other similarly situated individuals,<br><br>        Plaintiff,<br><br>v.<br><br>J.J.F. MANAGEMENT SERVICES, INC.,<br><br>        Defendant. | Case No. 8:25-cv-1508-PX |

## PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
## OF CLASS ACTION SETTLEMENT

Plaintiffs Christopher Amrine, Alex Norwood, Kipen Henry, and Kelly Frolo, and Phillip Lamb ("Plaintiffs") through their attorneys, individually and on behalf of all others similarly situated, hereby move this Court to:

1. Grant preliminary approval of the class action settlement described in the "Settlement Agreement" between Plaintiffs and Defendant J.J.F. Management Services, Inc., d/b/a Fitzgerald Auto Malls ("Defendant") (together, the "Parties");

2. Preliminarily certify the Settlement Class for purposes of Settlement;

2

3. Appoint Plaintiffs Christopher Amrine, Alex Norwood, Kipen Henry, Kelly Frolo, and Phillip Lamb as Class Representatives;

4. Appoint Nicholas A. Migliaccio of Migliaccio & Rathod LLP, Cassandra P. Miller of Strauss Borrelli PLLC, and Jessica A. Wilkes of Federman & Sherwood as Settlement Class Counsel;

5. Approve the Notice Program set forth in the Settlement Agreement;

6. Appoint Simpluris, Inc. as Settlement Administrator;

7. Approve the form and content of the Email Notice, Postcard Notice, Long Form Notice, and Claim Form;

8. Schedule a Final Fairness Hearing to consider entry of a final order approving the Settlement, final certification of the Settlement Class for settlement purposes only, and the request for Attorney Fees, Costs, and Service Awards.

This Motion is based upon: (1) this Motion; (2) the accompanying Memorandum in support; (3) the accompanying exhibits filed herewith; (4) the Joint Declaration filed in support; (5) the Settlement Agreement; (6) the [Proposed] Preliminary Approval Order and the [Proposed] Final Approval Order; (7) the records, pleadings, and papers filed in this action; and (8) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion. The Defendant does not oppose this motion.

DATE: January 7, 2026

Respectfully submitted,

By: /s/ *Nicholas A. Migliaccio*
Nicholas A. Migliaccio
**MIGLIACCIO & RATHOD, LLP**
412 H Street, NE, Suite 302
Washington, DC 20002
T: (202) 470-3520

F: (202) 800-2730
nmigliaccio@classlawdc.com

Jessica A. Wilkes*
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
T: (405) 235-1560
F: (405) 239-2112
jaw@federmanlaw.com

Cassandra P. Miller*
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
T: (872) 263-1100
F: (872) 263-1109
cmiller@straussborrelli.com

*Pro hac vice
Attorneys for Plaintiffs and the Settlement Class

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATE: January 7, 2026

Respectfully submitted,

By: /s/ *Nicholas A. Migliaccio*
Nicholas A. Migliaccio
**MIGLIACCIO & RATHOD, LLP**
412 H Street, NE, Suite 302
Washington, DC  20002
T: (202) 470-3520
F: (202) 800-2730
nmigliaccio@classlawdc.com